**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WENDY BIENVENIDA SILVERIO
DE TAVAREZ,

                    Plaintiff,                      20 **CIVIL** 10627 (GWG)

          -against-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation Order dated February 4, 2022, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby

is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. §

405(g), for further administrative proceedings.


**Dated:** New York, New York
       February 4, 2022



                                **RUBY J. KRAJICK**
                       _____
                                Clerk of Court
       **BY:**
                                Deputy Clerk